IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **EDWARD L. NEWTON,** | CV 04-1205-AS |
| Plaintiff, | ORDER |
| v. | |
| **JO ANNE B. BARNHART,**<br>**Commissioner, Social Security**<br>**Administration,** | |
| Defendant. | |

**MERRILL L. SCHNEIDER**
Schneider Law Offices
14415 S.E. Stark Street
Portland, OR 97233
(503) 255-9145

      Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue
Portland, OR 97204
(503) 727-1024

1 - ORDER

**LUCILLE G. MEIS**
Office of the General Counsel
**STEPHANIE R. MARTZ**
Assistant United States Attorney
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA 98104
(206) 615-2272

    Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Donald C. Ashmanskas issued Findings and Recommendation (#12) on June 9, 2005, in which he recommended this Court affirm the Commissioner's decision. Plaintiff filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982). This Court has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#12), **AFFIRMS** the Commissioner's decision, and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 23rd day of September, 2005.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

Newton CV 04-1205 F&R.09-22-05.wpd